IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

PENNYMAC LOAN SERVICES, LLC,

 Plaintiff,

v.               2:23-CV-160-Z-BR

EMMA PEREZ,

 Defendant.

## NOTICE

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (ECF No. 9), filed on July 5, 2023. The filing is a "notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1)(A)(i). "The notice of dismissal is self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Intern., Inc.*, 785 F.3d 967, 973 (5th Cir. 2015). "The document itself closes the file." *Id.* Thus, an order of this Court "approving the dismissal is of no consequence." *Meinecke v. H & R Block of Hous.*, 66 F.3d 77, 82 (5th Cir. 1995); *see also In re Amerijet Intern.*, 785 F.3d at 967 ("After the notice of voluntary dismissal is filed, the district court loses jurisdiction over the case."). Therefore, the Court **DIRECTS** the United States District Clerk to close the case.

The Court issues notice accordingly.

December 8, 2023

                    MATTHEW J. KACSMARYK
                    UNITED STATES DISTRICT JUDGE